IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SARA PATE, Individually; and CARLY PATE, a minor by Sara Pate, her mother and next friend,<br><br>      Plaintiffs,<br><br>VS.<br><br>NATIONAL LEGAL LABORATORIES, INC.; and ORCHID CELLMARK, INC.,<br><br>      Defendants. | CASE NO. CV 09-76-JPG |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:  January 20, 2010

                                          NANCY J. ROSENSTENGEL, Clerk of Court

                                          By: s/Brenda K. Lowe, Deputy Clerk

APPROVED:  *s/J. Phil Gilbert*
                    J. PHIL GILBERT
                    U. S. DISTRICT JUDGE